442 A.2d 360

Commonwealth v. McFadden, Appellant.

Submitted June 13, 1980.   David Zwanetz, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.